UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-11585-RGK-AJR | Date | 8/28/2026 |
| Title | ***David Poursalimi v. Mercedes-Benz USA, LLC et al.*** | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| Not Present | Not Present | |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause as to Why the Court Should Not Deny Summary Judgment as to Plaintiff's Civil Code Section 1793.2(b) Claim**

On July 28, 2026, Mercedez-Benz USA, LLC et al. ("Defendant") filed a Motion for Summary Judgment. In its Motion, Defendant states that Plaintiff's Civil Code Section 1793.2(b) fails because no single repair visit lasted more than 30 days. However, Defendant does not address the first prong of Civil Code Section 1793.2(b), which Plaintiff alleged has been violated, which states that Civil Code Section 1793.2(b) may be violated when a manufacturer fails to commence repairs within a reasonable time. It is Defendant's burden to show that no evidence supports Plaintiff's case. *Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986). By failing to address an avenue of liability under Civil Code Section 1793.2(b), Defendant has not initially met this burden.

Accordingly, the Court **ORDERS** Defendant to show cause as to why summary judgment should not be denied on Plaintiff's Civil Code Section 1793.2(b). Defendant's response should be submitted by 12:00 PM on Tuesday, September 1, 2026 and should not exceed five pages. Plaintiff's response, if any, is due no later than 12:00 PM on Wednesday, September 2, 2026 and should not exceed five pages.

**IT IS SO ORDERED.**

:

Initials of Preparer JRE/sh