JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POURSALIMI, an individual,<br>Plaintiff,<br>v.<br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-11585−RGK−AJR<br>**~~[PROPOSED]~~ JUDGMENT**<br>Judge: Hon. R. Gary Klausner |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

On September 8, 2026, the Court entered its Order granting Defendant Mercedes-Benz USA, LLC's Motion for Summary Judgment in its entirety. (ECF No. 84.)

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendant Mercedes-Benz USA, LLC and against Plaintiff David Poursalimi on all claims asserted in this action;
2. Plaintiff shall take nothing from Defendant by way of the Complaint;
3. This action is dismissed with prejudice. The Clerk shall close this case.

IT IS SO ORDERED.

Dated: 9/15/2026

Hon. R. Gary Klausner
United States District Judge